Matthew L. Lalli (6105)
Email: mlalli@swlaw.com
Ben. T. Welch (13397)
Email: bwelch@swlaw.com
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

*Attorneys for Colorado Casualty Insurance Company*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH – SOUTHERN REGION OF THE CENTRAL DIVISION

| | |
|---|---|
| STAKER & PARSON COMPANIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCOTTSDALE INSURANCE COMPANY, et al., <br><br> Defendants. | CASE NO.: 4:18-CV-00014-DN <br><br> **STIPULATED MOTION TO DISMISS WITH PREJUDICE COLORADO CASUALTY INSURANCE COMPANY** <br><br> District Judge David Nuffer <br><br> Magistrate Judge Paul Kohler |

Plaintiff Staker & Parson Companies, Inc. and Defendant Colorado Casualty Insurance Company ("CCIC") (collectively, the "Parties"), by and through counsel, state that all claims between them have been settled and hereby stipulate and agree to dismiss ***with prejudice*** all claims asserted or that could have been asserted against CCIC, with each of the Parties to bear its own fees and costs. All claims for relief asserted against co-defendant Scottsdale Insurance Co. remain and are not affected by this Motion.

The Parties hereby move the Court for entry of an order of dismissal with prejudice

consisted with this Motion. A proposed Order of Dismissal With Prejudice is attached hereto.

Dated this 2nd day of September, 2020.

SNELL & WILMER, L.L.P.

*/s/ Ben T. Welch*
Matthew L. Lalli
Ben T. Welch
*Attorneys for Colorado Casualty Insurance Company*


CHRISTENSEN & JENSEN

*/s/ Rebecca L. Hill*
Rebecca L. Hill
*Attorneys for Plaintiff*
(Signed by filing attorney with permission received by email on 9/1/2020)

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 2nd, 2020, a true and correct copy of the foregoing was served on each of the following by filing through the Court's ECF system:

Rebecca L. Hill
CHRISTENSEN & JENSEN
257 East 200 South, Suite 1100
Salt Lake City, UT 84111
rebecca.hill@chrisjen.com

Mark L. Anderson
Timothy J. Curtis
GOEBEL ANDERSON PC
405 South Main, Suite 200
Salt Lake City, Utah 84111
manderson@gapclaw.com
tcurtis@gapclaw.com

/s/ Ben T. Welch