IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STAKER & PARSON COMPANIES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, et al.,<br><br>    Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE AS TO COLORADO CASUALTY INSURANCE COMPANY**<br><br>Case No. 4:18-cv-00014-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

    Based on Plaintiff and Defendant Colorado Casualty Insurance Company's Stipulated Motion to Dismiss With Prejudice Colorado Casualty Insurance Company ("Motion"),[1] and good cause appearing therefor,

    IT IS HEREBY ORDERED that the parties' Motion[2] is GRANTED. Colorado Casualty Insurance Company and all claims by Plaintiff against Colorado Casualty Insurance Company are DISMISSED with prejudice. The parties shall bear their own costs and fees.

    Signed September 2, 2020.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Docket no. 112, filed Sept. 2, 2020.

[2] *Id*.