Mark L. Anderson (5185)
Timothy J. Curtis (10195)
GOEBEL ANDERSON PC
405 South Main, Suite 200
Salt Lake City, UT  84111
Telephone:  (801) 441-9393
manderson@gapclaw.com
tcurtis@gapclaw.com
Attorneys for Defendant Scottsdale Insurance Company

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| STAKER & PARSON COMPANIES, INC., d/b/a WESTERN ROCK PRODUCTS, a Utah corporation<br><br>    Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation; COLORADO CASUALTY INSURANCE COMPANY, a New Hampshire corporation; HANCOCK-LEAVITT INSURANCE AGENCY, INC., an Arizona corporation; DOE INDIVIDUALS 1-10, unknown individuals; and ROE ENTITIES 1-10 unknown entities,<br><br>    Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No.  4:18-cv-14-DN<br><br>**District Judge David Nuffer** |

Plaintiff Staker & Parson Companies, Inc., d/b/a/ Western Rock Products ("Staker") and Defendant Scottsdale Insurance Company ("Scottsdale"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal of the above-captioned action with prejudice, and that each party shall be responsible for its own attorneys' fees and costs incurred in this action. Counsel for Staker has given counsel for Scottsdale permission to use Staker's counsel's electronic signature in filing this stipulation of dismissal with prejudice.

DATED this 8th day of April, 2025.

                        GOEBEL ANDERSON PC

                        */s/ Timothy J. Curtis*
                        Mark L. Anderson
                        Timothy J. Curtis
                        *Attorneys for Scottsdale Insurance Company*


                        CHRISTENSEN & JENSEN, P.C.

                        */s/ Rebecca L. Hill*
                        Signed electronically by Timothy J. Curtis
                        with the permission of Rebecca L. Hill
                        George W. Burbidge
                        *Attorneys for Staker & Parson Companies, Inc.*

CERTIFICATE OF SERVICE

I certify that on this 8th day of April, 2025, the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically and served via the Court's electronic case filing system upon the following:

Rebecca L. Hill
George W. Burbidge, II
**CHRISTENSEN & JENSEN, P.C.**
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 323-5000
Rebecca.Hill@chrisjen.com
George.Burbidge@chrisjen.com

*/s/ Angela Hanson*