THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| STAKER & PARSON COMPANIES, INC., d/b/a WESTERN ROCK PRODUCTS,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY; COLORADO CASUALTY INSURANCE COMPANY; HANCOCK-LEAVITT INSURANCE AGENCY, INC.; DOE INDIVIDUALS 1-10; and ROE ENTITIES 1-10,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 4:18-cv-00014-DN-PK<br><br>District Judge David Nuffer |

Based on the parties' Stipulation of Dismissal With Prejudice ("Motion"),[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that the parties' Motion[2] is GRANTED. This action is DISMISSED with prejudice. Each party shall be responsible for its own attorneys' fees and costs.

The Clerk is directed to close the case.

Signed April 9, 2025.

BY THE COURT

David Nuffer
United States District Judge

---

[1] Docket no. 151, filed Apr. 8, 2025.

[2] *Id.*